UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BIG M, INC.,** : | |
| : | **Civil Action No. 08-3567(KSH)** |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | |
| **DRYDEN ADVISORY GROUP,** : | ORDER OF REFERENCE TO MEDIATION |
| **LLC, et al.,** : | |
| : | |
| **Defendants** : | |

The Court having adopted Local R.Civ.P. 301.1, which provides for mediation of civil actions; and the parties having requested an expedited mediation with Judge Weiss; and Judge Weiss advising that he is available to conduct the mediation; and the Court having advised the parties that it would require them to split the hourly rate set forth in Rule 301.1 for each hour of the mediation; and it appearing that mediation of this civil action would conserve the resources of the Court and the parties and would be in the best interests thereof; and for good cause shown;

It is on this 8th day of October, 2008

ORDERED THAT:

1. This civil action be, and it hereby is, referred to mediation pursuant to Local Civil Rule 301.1, except that the parties shall pay the mediator for each hour of the mediation at the rate set forth in the rule.  The Hon. Alvin Weiss shall serve as the mediator.  Said mediation shall be completed no later than **October 31, 2008**;

2. There shall no be stay of the proceedings; and

3. There shall be a telephone status conference with the undersigned on **December 16, 2008 at 9:30 a.m.**  The plaintiff shall initiate the telephone call.

                                                s/Patty Shwartz
                                                United States Magistrate Judge

cc:  Hon. Madeline Cox Arleo
      Carol Coleman
      Hon. Alvin Weiss